IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

OTIS D. GIPSON                                                                                  PETITIONER
ADC #080856

V.                          CASE NO. 5:18-cv-00092 BRW-JTK

WENDY KELLEY, Director
Arkansas Department of Correction                                                  RESPONDENT

## ORDER

I have received proposed findings and recommendations from United States Magistrate Judge Jerome T. Kearney. After careful review of the findings and recommendations and the timely objections thereto, as well as a de novo review of the record, I approve and adopt the findings and recommendations in all respects. Judgment will be entered accordingly.

IT IS SO ORDERED this 7th day of September, 2018.

/s/ Billy Roy Wilson
UNITED STATES DISTRICT JUDGE