IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

OTIS D. GIPSON                                                              PETITIONER
ADC #080856

V.                    CASE NO. 5:18-cv-00092 BRW-JTK

WENDY KELLEY, Director
Arkansas Department of Correction                                           RESPONDENT

## JUDGMENT

Based on the Order entered in this case on this date, IT IS CONSIDERED, ORDERED and ADJUDGED that plaintiff's petition is hereby DISMISSED without prejudice.

IT IS SO ORDERED this 7th day of September, 2018.

                                          /s/ Billy Roy Wilson
                                          UNITED STATES DISTRICT JUDGE